# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **LISA BROOKS,** *Plaintiff,* | § § § | |
| v. | § § | MO:24-CV-00116-DC |
| **WEST TEXAS CREDIT UNION,** *Defendant.* | § § § § | |

## ORDER

BEFORE THE COURT is the report and recommendation of United States Magistrate Judge Ronald C. Griffin[1] concerning Defendant West Texas Credit Union's Motion to Dismiss Plaintiff's Complaint.[2] In his report and recommendation, Magistrate Judge Griffin recommends that the Court grant the motion and dismiss the case. Plaintiff timely filed objections to the report and recommendation.[3]

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court.[4] Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

---

[1] Doc. 13.
[2] Doc. 8.
[3] Doc. 14.
[4] 28 U.S.C. § 636(b)(1)(C).

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Ronald C. Griffin[5] is **ADOPTED**. Defendant's Motion to Dismiss[6] is **GRANTED.**

It is so **ORDERED.**

**SIGNED this 24th day of February, 2025.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**

---

[5] Doc. 13.
[6] Doc. 8.